IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Clifford Thompson, | ) | C.A. No. 2:05-2370-TLW-RSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Mr. George Gintoli, Director of the South | ) | |
| Carolina Department of Mental Health; | ) | |
| Mr. John Connery, South Carolina | ) | |
| Department of Mental Health; | ) | |
| Mr. Jonathon Ozmint, Director of South | ) | |
| Carolina Department of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This *pro se* plaintiff, along with several other *pro se* plaintiffs, has been involuntarily

civilly committed to the South Carolina Department of Mental Health as a Sexual Violent Predator

(SVP) pursuant to the South Carolina Sexually Violent Predator Act (SVP Act), S.C. Code Ann. §

44-48-10. The plaintiff filed suit against George Gintoli, Director of the South Carolina Department

of Health, John Connery of the South Carolina Department of Mental Health, and Jonathon Ozmint,

Director of the South Carolina Department of Corrections on August 16, 2006. (Doc. #2). The

plaintiff has alleged that the defendants violated his rights by, "housing them within the confines of

the Edisto Unit of Broad River Correctional Institution, an Institution established by the General

Assembly for the confinement of persons convicted of such crimes designated by law." (Doc. #2).

The plaintiff claims that such action is a violation of his Due Process rights, as well as a violation

of the Equal Protection Clause. (Doc. #2). In his complaint, the plaintiff requests declaratory

1

judgment and injunctive relief against the defendants, as well as compensatory and punitive damages.  (Doc. #2).

The defendants filed an answer to the complaint on October 17, 2005 disavowing the plaintiff's allegations.  (Doc. #8).   The plaintiff filed a reply on October 27, 2005.  (Doc. #9).  That same day, the plaintiff filed a motion for summary judgment.  (Doc. #10).  The defendants filed a response in opposition to the motion for summary judgment on November 29, 2005.  (Doc. #13). The defendants alternatively filed a motion for summary judgment on November 29, 2005.  (Doc. #14).  On December 15, 2005, the plaintiff filed a response in opposition to the defendants' motion for summary judgment.  (Doc. #17).

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Robert S. Carr, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.).  In his Report, Magistrate Judge Carr recommends that the defendants' motion for summary judgment be granted, and that this action be dismissed.  (Doc. #19).  No objections have been filed to the Report and Recommendations.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  No objections have been filed to the Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that

the Magistrate Judge's Report is **ACCEPTED** (Doc. #19),  and defendants' motion for summary

judgment is **GRANTED** (Doc. #14).

 **IT IS HEREBY ORDERED** that for the reasons articulated by the Magistrate Judge, the

Magistrate Judge's Report is **ACCEPTED** (Doc. #19) and the defendants' motion for summary

judgment is **GRANTED** (Doc. #14).  This petition is **DISMISSED**.

 **IT IS SO ORDERED.**

       S/ Terry L. Wooten
         **TERRY L. WOOTEN**
        **UNITED STATES DISTRICT JUDGE**

June 7, 2006
Florence, South Carolina